| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| L. BISHOP AUSTIN & ASSOCIATES<br>L. Bishop Austin, SBN 175497<br>3250 Wilshire Blvd., Ste 1500<br>Los Angeles, CA 90010<br>Tel: 213.388.4939<br>Fax: 213.388.2411<br><br>☑ Attorney for Movant(s)<br>☐ Movant(s) appearing without an attorney | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re<br>CATALINA NOLAZCO<br><br>Debtor(s) | CASE NO.: 1:10-BK-20016-KT<br>CHAPTER: 7<br><br>**DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>No hearing held |
|---|---|

1. I am the ☐ Movant(s) or ☑ Attorney for Movant(s) or ☐ employed by Attorney for Movant(s).

2. On: 2/11/11 Movant(s) filed a motion entitled: Motion to reopen.

3. A copy of the Motion and Notice of Motion is attached hereto.

4. On 2/11/11 Movant(s) served a copy of ☐ the Notice of Motion or ☑ the Motion and Notice of Motion on required parties using the method(s) identified on the Proof of Service of the Notice of Motion.

5. Pursuant to LBR 9013-1(o), the Notice of Motion explicitly provided that the deadline for filing and serving a written response and request for a hearing is 14 days after the date of Service of the Notice of Motion, plus an additional 3 days unless the Notice of Motion was served by personal delivery or posting as described in F.R.Civ.P. Rule 5(b)(2)(A)-(B).

6. More than 14 days have passed since Movant(s) served the Notice of Motion.

7. I have checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing has been timely filed.

8. **No response and request for hearing has been timely served on Movant(s) at the street address, email address, or facsimile number specified in the Notice of Motion.**

9. Based upon the foregoing, pursuant to LBR 9013-1(o), a hearing is not required.

10. A proposed order on the Motion has been lodged concurrent with the filing of this declaration. A copy of the proposed order has been served upon the judge pursuant to LBR 5005-2(d) and the Court Manual, together with a LOU confirmation receipt if the order was lodged electronically. Pursuant to LBR 9021-1(o)(2) and the Court Manual, if self-addressed, stamped envelopes are required, they were also included with the proposed order.

WHEREFORE, Movant(s) requests that the Motion be granted and an order be entered without a hearing on the Motion

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this declaration was executed on 3/12/11 at Los Angeles in the State of California

_____        _____
Type Name of Declarant                  Signature of Declarant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is

A true and correct copy of the foregoing document described as: **DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/12/11 _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/12/11 | L. Bishop Austin | /s/ |
|---|---|---|
| Date | Type Name | Signature |

BAC Home Loan Servicing
PO BOX 515504
Los Angeles  CA 90051

Bank of America
PO BOX 301200
Los Angeles, CA 90030

Bank of America
PO BOX 15721
Wilmington, DE 19886

Capital One
PO BOX 60599
City Of Industry  CA 91716

CARDMEMBER SERVICE
PO BOX 94014
Palatine, IL 60094

Catholic Cementeries
PO BOX 23218
Los Angeles  CA 90023

Chapter 7 Trustee Amy L Goldman
221 N Figueroa St.Suite 1200
Los Angeles, CA 90012

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374

Experian
Bankruptcy Notification
475 Anton Blvd
Costa Mesa, CA 92626

JC Christensen and Associates
PO BOX 519
Sauk Rapids, MN 56379

Sears Credit Cards
PO BOX 688956
Des Moines, IA 50368

TARGET NATIONAL BANK
PO BOX 59317
Minneapolis, MN 55459

Trans Union Credit Bureau
Bankruptcy Notification
PO BOX 2000
Chester, PA 19022